1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772



**FILED**

JUL 11 2011



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | S.W. NO. 2:11-sw-274 EFB |
| ) | |
| The premises at 1255 Pleasant ) | |
| Grove Road, Rio Oso, California, ) | |
| including the residence, garage, ) | ORDER UNSEALING SEARCH WARRANT |
| all storage areas, all trash ) | AND SEARCH WARRANT AFFIDAVIT |
| receptacles, and the entire ) | |
| grounds and yards; the person of ) | |
| Pablo Omar Vasquez; the person ) | |
| of Dolf Fred Podva; the person ) | |
| of Aimee Sisco; the person of ) | |
| Jesus Bruce; all vehicles ) | |
| registered to Dolf Fred Podva, ) | |
| including a 1992 Ford, CLP ) | |
| 4S60335, a 2006 Jeep, CLP ) | |
| 5UNK053, and 2002 Nissan, CLP ) | |
| 7A77838; all vehicles registered ) | |
| to Aimee Sisco, including a 2005 ) | |
| Hummer CLP 6PTX303 and a 2000 ) | |
| Chevrolet CLP 4LTW104; and all ) | |
| vehicles registered to Jesus ) | |
| Bruce, including a 1973 AMC CLP ) | |
| 1GL2412, a 2002 Ford, CLP ) | |
| 7M9597, a 1969 Volkswagen, CLP ) | |
| 3AAC893, and a 1994 Ford CLP ) | |
| 5B02795. ) | |

Upon application of the United States of America and good cause having been shown,

///

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: *July 7*, 2011

_____
DALE A. DROZD
United States Magistrate Judge